IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY L. MILLIGAN,

    Petitioner,      No. CIV S-08-2766 MCE EFB P

vs.

PAM AHLIN,

    Respondent.      <u>ORDER</u>

_____/

    Petitioner, who is under an order of civil commitment, proceeds without counsel in this action in which he seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Currently pending is petitioner's motion to correct the court's misunderstanding of his status.

    In previous orders, the court has referred to the petitioner as a state prisoner. Petitioner has notified the court that he is not serving a sentence for a criminal conviction. Rather, he is under an order of civil commitment. Petitioner's notice to the court is well-taken.

    Accordingly, it is ORDERED that henceforth, the court shall acknowledge petitioner not as a state prisoner, but rather as a person under an order of civil commitment.

Dated: August 19, 2009.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE