1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY L. MILLIGAN,

11            Petitioner,                    2: 08 - cv - 2766 - MCE TJB

12        vs.

13   PAM AHLIN,                              ORDER

14            Respondent.

15   _____/

16        Petitioner is under an order of civil commitment and is proceeding *pro se* with a petition

17   for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The parties' federal filings refer to

18   Sexually Violent Predator evaluations from Dr. Hupka and Dr. Alumbaugh.  Respondent

19   answered Petitioner's federal habeas petition on August 18, 2010 and lodged several documents

20   on that same date, including the Clerk's Transcript.  The evaluations of Dr. Hupka and Dr.

21   Alumbaugh were not included in the Clerk's Transcript submitted by Respondent.  (See Clerk's

22   Tr. at p. 28-68.)

23        Accordingly, IT IS HEREBY ORDERED that Respondent shall file the reports of Dr.

24   Hupka and Dr. Alumbaugh as indicated in the Clerk's Transcript on p. 28-68 within fourteen

25   (14) days of this Order.

26   //

                                             1

1    DATED:   August 1, 2011

2

3

4                               TIMOTHY J BOMMER

5                               UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26