IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY L. MILLIGAN,

    Petitioner,                    2: 08 - cv - 2766 - MCE TJB

    vs.

PAM AHLIN,                            <u>ORDER</u>

    Respondent.

_____/

    Petitioner has requested a thirty day extension of time to file objections to the Magistrate Judge's findings and recommendations which was filed on October 21, 2011. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised, however, that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

    Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request filed November 14, 2011 for an extension of time to file objections to the Magistrate Judge's findings and recommendations is hereby GRANTED; and

2. Petitioner shall have until December 12, 2011 to file objections to the findings and recommendations.

1  DATED: November 18, 2011

                                                                                TIMOTHY J BOMMER
                                                                                UNITED STATES MAGISTRATE JUDGE