IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY L. MILLIGAN,

    Petitioner,                       2: 08 - cv - 2766 - MCE TJB

    vs.

PAM AHLIN,                                 <u>ORDER</u>

    Respondent.

_____/

    Petitioner has requested a second and final thirty-day extension of time to file objections to the Magistrate Judge's findings and recommendations which was filed on October 21, 2011. Petitioner previously requested and received an initial thirty-day extension of time to file objections until December 12, 2011. Petitioner's second request for a thirty-day extension of time was executed beyond the December 12, 2011 deadline. Nevertheless, based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised, however, that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

    Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's second request (Dkt. No. 35) for an extension of time to file objections to the Magistrate Judge's findings and recommendations is hereby

1

1 GRANTED; and

2. Petitioner shall have until January 11, 2012 to file objections to the findings and recommendations.

DATED: December 22, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE

2